IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS MADDREY,**          Petitioner, | : : : |
| v. | : :    Civ. No. 19-4904 |
| **SUPERINTENDANT CLARK**, *et al.*,          Respondents. | : : : |

## JUDGMENT

**AND NOW**, this 16th day of April, 2021, it is hereby **ORDERED** as follows:

1. Judge Wells' Report and Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**;

2. Petitioner Dennis Maddrey's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED** with prejudice;

3. A Certificate of Appealability shall **NOT ISSUE**.  See 28 U.S.C. § 2253(c)(1)(A); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The **CLERK OF COURT** shall **REMOVE** this case from Suspense and **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.